**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 06-641-PHX-FJM |
| ) | |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | |
| ) | |
| Manuel de Jesus Chavez-Peralta. ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED granting counsel for defendant's request to vacate the settlement conference now set on August 9, 2006 at 1:30 p.m. before the undersigned.

DATED this 8th day of August, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge